**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jessica Marie Burke fka Jessica Marie Sapolnick | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 19-15020 pmm |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
04 Nov 2020, 16:50:32, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322