Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15020-PMM**

JESSICA MARIE BURKE  
102 Bainbridge Circle  
Sinking Spring  PA    19608

Petition Filed Date: 08/08/2019  
341 Hearing Date: 11/05/2019  
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $2,137.00 | 230296 | 03/10/2020 | $429.00 | | 05/11/2020 | $429.00 | |
| 06/19/2020 | $510.00 | | 08/03/2020 | $510.00 | | 09/09/2020 | $510.00 | |
| 10/08/2020 | $510.00 | | 11/06/2020 | $510.00 | | 12/09/2020 | $510.00 | |
| 02/23/2021 | $510.00 | | | | | | | |

**Total Receipts for the Period: $6,565.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,565.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $713.31 | $0.00 | $713.31 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $542.57 | $0.00 | $542.57 |
| 3 | FREEDOM MORTGAGE CORPORATION<br>»» 003 | Mortgage Arrears | $20,436.34 | $6,003.06 | $14,433.28 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $5.40 | $0.00 | $5.40 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $546.14 | $0.00 | $546.14 |
| 6 | BENCHMARK FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PATIENT FIRST<br>»» 007 | Unsecured Creditors | $96.57 | $0.00 | $96.57 |

**Chapter 13 Case No. 19-15020-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,565.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $6,003.06 | Arrearages: | $1,350.00 |
| Paid to Trustee: | $561.94 | Total Plan Base: | $22,735.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.