| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15020-PMM

JESSICA MARIE BURKE
102 Bainbridge Circle
Sinking Spring  PA    19608

Petition Filed Date: 08/08/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/06/2021 | $510.00 | | 08/09/2021 | $3,000.00 | | 10/08/2021 | $510.00 | |
| 02/09/2022 | $510.00 | | | | | | | |

**Total Receipts for the Period: $4,530.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,095.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $713.31 | $0.00 | $713.31 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $542.57 | $0.00 | $542.57 |
| 3 | RUSHMORE LOAN MANAGEMENT SERVICES »» 003 | Mortgage Arrears | $20,436.34 | $10,100.46 | $10,335.88 |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $5.40 | $0.00 | $5.40 |
| 5 | CITIBANK NA »» 005 | Unsecured Creditors | $546.14 | $0.00 | $546.14 |
| 6 | BENCHMARK FEDERAL CREDIT UNION »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PATIENT FIRST »» 007 | Unsecured Creditors | $96.57 | $0.00 | $96.57 |

**Chapter 13 Case No. 19-15020-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,095.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $10,100.46 | Arrearages: | $1,890.00 |
| Paid to Trustee: | $994.54 | Total Plan Base: | $22,735.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.