| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15020-PMM**

| | |
|---|---|
| JESSICA MARIE BURKE | Petition Filed Date: 08/08/2019 |
| 102 Bainbridge Circle | 341 Hearing Date: 11/05/2019 |
| Sinking Spring  PA    19608 | Confirmation Date: 08/27/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $1,000.00 | 28167442457 | 08/15/2022 | $1,000.00 | 28167442468 | 08/15/2022 | $280.00 | 28167442470 |
| 11/21/2022 | $1,200.00 | | 01/12/2023 | $390.00 | | 02/27/2023 | $780.00 | |
| 04/07/2023 | $390.00 | | 06/01/2023 | $800.00 | | 07/26/2023 | $400.00 | |

**Total Receipts for the Period: $6,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,335.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $713.31 | $0.00 | $713.31 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $542.57 | $0.00 | $542.57 |
| 3 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»» 003 | Mortgage Arrears | $20,436.34 | $15,461.36 | $4,974.98 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $5.40 | $0.00 | $5.40 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $546.14 | $0.00 | $546.14 |
| 6 | BENCHMARK FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PATIENT FIRST<br>»» 007 | Unsecured Creditors | $96.57 | $0.00 | $96.57 |

Chapter 13 Case No. 19-15020-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,335.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $15,461.36 | Arrearages: | $720.00 |
| Paid to Trustee: | $1,509.64 | Total Plan Base: | $22,735.00 |
| Funds on Hand: | $364.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.